**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| JONATHAN YATES,<br><br>Plaintiff,<br><br>v.<br><br>IQ DATA INTERNATIONAL, INC.,<br><br>Defendant. | CIVIL ACTION NO.: 4:26-cv-245 |

**<u>O R D E R</u>**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's September 23, 2026, Report and Recommendation, (doc. 7), to which Plaintiff has filed an objection. Plaintiff's Objection indicates that he failed to disclose his child support obligations in either of his applications to proceed *in forma pauperis* resulting in an over estimation of his monthly discretionary income. (Doc. 8 at 1.) Notwithstanding Plaintiff's failure to disclose that expense and dispute concerning his discretionary income, the Report and Recommendation noted Plaintiff's substantial available funds. (<u>See</u> doc. 7, p. 2 (noting Plaintiff's application "discloses approximately $2,450 in available funds in various bank accounts.").) Plaintiff's Objection does not address why those funds, coupled with his lower but still substantial discretionary income,[1] alters the Magistrate Judge's conclusion that he should not be permitted to proceed *in forma pauperis*. (<u>See generally</u> doc. 8.) Because the Court agrees with the Magistrate Judge's

---

[1] Plaintiff points out that, once his child support obligations are accounted for, the filing fee payment "would exceed his total net monthly income." (Doc. 8, p. 1.) That assumes, however, that he could not spread the cost over several months. As discussed above, Plaintiff discloses available funds in multiple financial accounts. (<u>See, e.g.,</u> doc. 6, p. 2.) To the extent that Plaintiff requires additional time to marshal the funds required to pay the filing fee from his discretionary income, he is free to seek an extension of the deadline imposed below.

conclusion that Plaintiff has ample financial resources to pay the required filing fee, his Objection is **OVERRULED**. (Doc. 8.) The Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 7.) Plaintiff's Motion to Proceed *in forma pauperis*, as supplemented, is **DENIED**. (Docs. 2 & 6.) Plaintiff is **DIRECTED** to submit the appropriate filing fee within fourteen days of the service date of this Order. Failure to make timely payment will result in dismissal.

**SO ORDERED**, this 19th day of October, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA